Paul B. Brickfield
Brickfield & Donahue
70 Grand Avenue
River Edge, New Jersey 07661
(201) 488-7707
Attorneys for Rhoda Vergallito

|  |  |
|---|---|
| UNITED STATES OF AMERICA | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CRIMINAL NO.: 07-347-04 (SDW) |
| v. |  |
| RHODA VERGALLITO,<br><br>Defendant | ORDER |

Rhoda Vergallito by her attorney Paul B. Brickfield of Brickfield & Donahue having move this Court for an order under Rule 32.1 of the Federal Rules of Criminal Procedure and Title 18, United States Code Section 3564 (c) for early termination of probation, and the U.S. Attorney's Office by U.S. Attorney Grady O' Malley having consented to this motion, and for good and sufficient cause shown, it is hereby ordered this 8th day of September 2010 that the motion of defendant Rhoda Vergallito is granted and probation is hereby terminated as of the date of this order.

_____
Honorable Susan D. Wigenton
United States District Court Judge